AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED

Western    DISTRICT OF    Texas

FEB 1 1 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

Anthony AGUILAR

CASE NUMBER: EP-09-M-1068-G

(Name and address of defendant)

I the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 09, 2008 in El Paso County, in the Western District of Texas, defendant(s) did, (Track Statutory Language of Offense)

unlawfully possess in or affecting interstate commerce, a firearm, while having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

in violation of Title 18  United States Code, Section(s) 922(g)(1)

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

See Attachment

Continued on the attached sheet and made a part hereof:    X YES    ☐ NO

Signature of Complainant
Scott Cruickshank
Special Agent, ATF

Sworn to before me and subscribed in my presence,

February 11, 2009

El Paso, Texas

at

Date

City and State

Norbert J. Garney, U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer

United States of America

     vs

Anthony AGUILAR

I, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Scott Cruickshank, submit this affidavit for the limited purpose of obtaining a criminal complaint. This affidavit sets forth only those facts and circumstances necessary to establish probable cause for the issuance of the requested criminal complaint. This affidavit does not contain every material fact that I have learned during the course of this investigation. The information contained in this affidavit is based on personal knowledge and information provided to me by other United States law enforcement officials who also conducted this investigation.

On November 09, 2008, El Paso Police Officer J.F. Carey was dispatched to 12165 Montwood Drive, El Paso, TX in reference to a subject with a gun driving a newer model, black truck with TX buyer's plates and a green plate on the front. Officer Carey later observed a black, 2008 Chevrolet Silverado truck with a green Mission Chevrolet plate logo on the front parked next to a 2004 Nissan Titan in the parking lot of 1950 Joe Battle Boulevard, El Paso, TX. Officer Carey approached the vehicles and was met by Anthony AGUILAR, and three other individuals.

Officer Carey, while checking the 2008 Chevrolet Silverado for officer safety and other occupants, observed a black handgun sticking out of the driver's side door pocket. Officer Carey then recovered the handgun, a Lorcin, Model L380, .380 caliber, SN# 512383. AGUILAR advised Officer Carey that he was the operator of the vehicle and that he carried the handgun for protection and had forgotten that he had it with him.

On December 04, 2008, SA Cruickshank and SA Henderson interviewed Terry Walker, U.S. Probation Officer, United States Probation Office. Terry Walker stated he currently supervises the probation of AGUILAR. AGUILAR is on probation for three felony convictions, Conspiracy to possess with intent to distribute more than 500 grams of cocaine, Case# MO-01-CR-130-F (03), Conspiracy to possess with intent to distribute over five kilograms of cocaine, Case# MO-00-CR-046-F (09), and Possessing with intent to distribute a quantity of cocaine, Case# EP-99-CR-1100-H (02).

Terry Walker was provided a booking photo that was taken of AGUILAR at the time of his arrest on November 09, 2008. Terry Walker advised that the person in the photo is the same person that he supervises on the above listed charges.

On December 15, 2008, SA Cruickshank received certified copies of AGUILAR'S Judgment and Sentence, case numbers, EP-99-CR-1100-H, MO-00-CR-046-F, and

MO-01-CR-130-F, all in the United States District Court, Western District of Texas. According to the documents, AGUILAR was convicted of Possessing with intent to distribute a quantity of cocaine on November 17, 2000 (EP-99-CR-1100-H), Conspiracy to possess with intent to distribute over five kilograms of cocaine on July 12, 2001 (MO-00-CR-046-F), and Conspiracy to possess with intent to distribute more than 500 grams of cocaine on November 06, 2001 (MO-01-CR-130-F)

On March 06, 2001 AGUILAR was sentenced to 90 months confinement for case number EP-99-CR-1100-H.

On February 20, 2002 AGUILAR was sentenced to 70 months confinement to run concurrently with sentence imposed in MO-00-CR-046-F, MO-01-CR-130-F and EP-99-CR-1100-H.

The firearm, a Lorcin Model L380, .380 caliber, SN# 512383, was not manufactured in the State of Texas. This firearm traveled in interstate commerce to arrive in the State of Texas.

Based on all of the forgoing information, I believe there is probable cause to believe that Anthony AGUILAR possessed a firearm affecting interstate commerce while having been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year in violation of Title 18 United States Code Section 922(g)(1).

AUSA Greg McDonald approved the arrest of AGUILAR.