**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 10-11-12 | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee | | |

Tony Aguilar #78356-080
EL RENO - FCI
Inmate Mail/Parcels
P.O. BOX 1500
EL RENO, OK 73036
3:09-cr-01340-PRM-1, Doc 66  mg

PS Form 3800, August 2006          See Reverse for Instructions

7011 2970 0003 7524 9751